UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERLINDO CASENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendants. | Case No.  5:16-cv-01212-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having reviewed the response filed on June 17, 2016 (Dkt. No. 6), the court finds that Plaintiff has successfully demonstrated good cause to preclude dismissal for lack of prosecution. Accordingly, the Order to Show Cause (Dkt. No. 5) is DISCHARGED.

The court schedules this action for a Status Conference at **10:00 a.m. on July 21, 2016.** The parties shall file Joint Status Conference Statement which, inter alia, provides an update on the anticipated settlement and ensuing dismissal, on or before **July 14, 2016.**

**IT IS SO ORDERED.**

Dated:  June 21, 2016

                                                                                                                        _____
EDWARD J. DAVILA
United States District Judge