UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERLINDO CASENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendants. | Case No. 5:16-cv-01212-EJD<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Having reviewed the parties' joint statement filed on July 14, 2016 (Dkt. No. 8), the court finds that a conference is unnecessary at this time given the status of the settlement.

Accordingly, the Status Conference scheduled for July 21, 2016, is CONTINUED to **10:00 a.m. on August 25, 2016.** The parties shall file a Joint Status Conference Statement on or before **August 18, 2016.**

**IT IS SO ORDERED.**

Dated:  July 14, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-01212-EJD
ORDER CONTINUING STATUS CONFERENCE