KERIANNE R. STEELE, Bar No. 250897
ROBERT E. SZYKOWNY, Bar No. 291118
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  ksteele@unioncounsel.net
              rszykowny@unioncounsel.net

Attorneys for Defendant SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 521

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERLINDO CASENAS,<br><br>                Plaintiff,<br><br>  v.<br><br>SANTA CLARA VALLEY<br>TRANSPORTATION AUTHORITY, et al.,<br><br>                Defendant. | No. 16-cv-1212-EJD<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |

Plaintiff Erlindo Casenas and Defendant Service Employees International Union, Local 521 hereby notify the Court that the parties have reached settlement in the above-captioned case.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this matter shall be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 13, 2016              WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation


                                       */s/ Kerianne R. Steele*
                                 By:   KERIANNE R. STEELE

                                       Attorneys for Defendant SERVICE EMPLOYEES
                                       INTERNATIONAL UNION, LOCAL 521


Dated: 13 September 2016               NATIONAL RIGHT TO WORK LEGAL
                                       DEFENSE FOUNDATION, INC.


                                       */s/ W. James Young*
                                 By:   W. JAMES YOUNG

                                       Attorneys for Plaintiff ERLINDO CASENAS


**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:

                                 By:   HONORABLE EDWARD J. DAVILA

                                       UNITED STATES DISTRICT COURT JUDGE

140541\880046

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL; [PROPOSED] ORDER
Case No. 16-cv-1212-EJD